CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 06 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KAMANI SUN,<br>    Plaintiff, | ) <br>) <br>) | Civil Action No. 7:13cv00488 |
| v. | ) <br>) | **FINAL ORDER** |
| DIRECTOR OF THE DOC,<br>    Defendant. | ) <br>) <br>) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1), Sun's motion to proceed *in forma pauperis* (ECF No. 3) is **DENIED** as moot, and this matter is **STRICKEN** from the active docket of the court..

The Clerk of the Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 6th day of November, 2013.

/s/ Samuel G. Wilson
United States District Judge